Casey R. Fronk (Illinois Bar No. 6296535)
fronckc@sec.gov
Michael E. Welsh (Massachusetts Bar No. 693537)
welshm@sec.gov
Attorneys for Plaintiff
Securities and Exchange Commission
351 South West Temple, Suite 6.100
Salt Lake City, Utah 84101
Tel:  (801) 524-5796
Fax: (801) 524-3558

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>PLAINTIFF,<br><br>v.<br><br>MINE SHAFT BREWING LLC, a Delaware limited liability company, TIMOTHY A. NEMECKAY, an individual, JOHN A. LOGAN, an individual, and CHARLIE V. WHITTINGTON, an individual,<br><br>Defendants. | **MOTION FOR ENTRY OF CONSENT JUDGMENT AS TO DEFENDANT JOHN A. LOGAN**<br><br>Case No.: 2:21-cv-00457-DBB<br><br>Judge David Barlow |

Plaintiff Securities and Exchange Commission ("Plaintiff" or "SEC") files this Motion for Entry of Consent Judgment as to Defendant John A. Logan ("Logan"), and respectfully shows the Court as follows:

1.  The Commission and Logan have reached an agreement to settle all claims against Logan. Logan has consented to the entry of a judgment (*See* Consent of Defendant John A. Logan, Docket No. 6) which, among other things, resolves all issues of Logan's liability in this case, including all injunctive relief and the imposition of a civil penalty against Logan in the

amount of $45,000, pursuant to Section 20(d) of the Securities Act of 1933 ("Securities Act") and Section 21(d)(3) of the Securities Exchange Act of 1934 ("Exchange Act"),.

2. Defendant has executed a Consent (Docket No. 6), attached hereto as Exhibit "A." The proposed Final Judgment as to Defendant John A. Logan (Docket No. 6-1) is attached hereto as Exhibit "B."

Accordingly, the Commission respectfully requests that the Court grant this Motion and enter the proposed Final Judgment as to Defendant John A. Logan.

Dated: January 18, 2023

Respectfully submitted,

___/s/ Casey R. Fronk_____
Casey R. Fronk
Michael E. Welsh
Attorneys for Plaintiff
Securities and Exchange Commission

## CERTIFICATE OF SERVICE

      I hereby certify that on the 18th day of January, 2023, I served a true and correct copy of the foregoing **Motion for Entry of Consent Judgment as to Defendant John A. Logan** upon the individuals listed and via the methods indicated below:

<u>Via CM/ECF</u>

James C. Bradshaw
Brown Bradshaw & Moffat PLLC
422 N. 300 W.
Salt Lake City, UT 84103
801-532-5297
jim@brownbradshaw.com
*Counsel for Charles (Charlie) V. Whittington*

<u>Via U.S. Mail</u>

John A. Logan
c/o Andrew Hale
Anderson & Karrenberg
50 W. Broadway, Suite 700
Salt Lake City, UT 84101
*Attorney for Defendant John A. Logan*

Timothy A. Nemeckay
23403 Kingsland Blvd, Apt 5103
Katy, TX 77494

Mine Shaft Brewing
23403 Kingsland Blvd, Apt 5103
Katy, TX 77494

                                                <u>/s/ Jenny McBride</u>